**HARRIS BEACH** PLLC

ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

November 3, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:   Lori B. Deiles - Case No. 06-34395

Dear Clerk:

    Enclosed please find a check in the amount of $387.42 for the benefit of NACC, Assignee of Discover Financial Svcs., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of NACC, Assignee of Discover Financial Svcs., is c/o North American Capital Corp., 45 Oak Street, Buffalo, NY 14203.

    Sincerely,

    HARRIS BEACH PLLC

    Lee E. Woodard /ca

    Lee E. Woodard

LEW/ca
Enc.